

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00080-CR

Jerry Lee **TRIGO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 14-CRD-52
Honorable Ana Lisa Garza, Judge Presiding

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  August 26, 2015

APPEAL DISMISSED

Appellant has filed a Withdrawal of Notice of Appeal, asking this court to dismiss his

appeal.  Appellant's request is GRANTED and the appeal is DISMISSED.  TEX. R. APP. P. 42.2(a).


PER CURIAM

DO NOT PUBLISH